UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
Felix Moronta

Debtor(s)

Case no.: 16-13250

Chapter: 7

Judge: Gravelle

# CERTIFICATION OF NO OBJECTION

I hereby certify that there have been no objections filed relative to the following Notice of :

☑ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
118 Cap Lane, Middlesex, NJ.

Date: 8/18/2016

JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*